```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 06091
   CHRISTA M ARAUJO
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-4175

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 02/22/05 and confirmed on 05/20/05.

    2.  The case was dismissed after confirmation, 07/18/2008.

    3.  The Debtor paid a total of $  18250.00 .

    4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                           PAID        PAID
------------------------------------------------------------------------
BENEFICIAL MORTGAGE CO O CURRENT MORTG        .00           .00          .00
BENEFICIAL MORTGAGE CO O MORTGAGE ARRE   11500.25           .00      6838.98
BENEFICIAL MORTGAGE CO O SECURED              .00           .00          .00
BENEFICIAL MORTGAGE CO O MORTGAGE ARRE    1355.00           .00       960.18
KIA FINANCIAL            SECURED          9131.13       1368.68      6102.18
CAPITAL ONE BANK         UNSECURED            .00           .00          .00
CHASE                    NOTICE ONLY   NOT FILED            .00          .00
HSBC                     NOTICE ONLY   NOT FILED            .00          .00
        Summary of disbursements:
------------------------------------------------------------------------
                    SECURED      PRIORITY   UNSECURED        OTHER       TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED  21986.38         .00         .00          .00    21986.38
PRINCIPAL PAID      13901.34         .00         .00          .00    13901.34
INTEREST PAID        1368.68         .00         .00          .00     1368.68
TOTAL PAID          15270.02         .00         .00          .00    15270.02
The Debtor's attorney, DAVID M SIEGEL                , was allowed $    2700.00
and was paid $    456.00   direct and $   2244.00   through the plan.

The Trustee received $      735.98 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 10/08/08              /S/
                             GLENN STEARNS
```

CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 06091 CHRISTA M ARAUJO